IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARAGON TAX GROUP, LLC, : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | No. 11-1699 |
| BROADVIEW NETWORKS HOLDINGS INC., : INFOHIGHWAY COMMUNICATIONS CORP., : ATX COMMUNICATIONS, INC., and : CORRCOMM ATX, INC., : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 20th day of January, 2012, upon consideration of the Motion for Summary Judgment filed by Broadview Networks Holdings Inc. ("Broadview"), Infohighway Communications Corp., ATX Communications, Inc. and Corrcomm ATX, Inc. (collectively, "Defendants") (Doc. No. 8), and Plaintiff Paragon Tax Group, LLC's ("Plaintiff") Motion for Summary Judgment (Doc. No. 9), it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**;

2. Plaintiff's Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**;

3. Plaintiff's Motion for Summary Judgment regarding its breach of contract claim in Count I is **GRANTED**. Judgment is entered in favor of Plaintiff for $359,415.40, based upon the terms of the Contract;

4.  Plaintiff's request for pre- and post-judgment interest and costs is **GRANTED**;

5.  Defendants' Motion for Summary Judgment pertaining to Count I is **DENIED**;

6.  Counts II and III for quantum meruit and unjust enrichment are **DENIED AS MOOT**;

7.  Plaintiff's Motion for Summary Judgment reading its claim for declaratory judgment in Count IV is **DENIED** as unripe because liability is contingent upon future events; and

8.  Defendants' Motion for Summary Judgment regarding Count IV is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE